IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CITY OF OMAHA, NEBRASKA, a Municipal Corporation, | ) ) ) | CASE NO. 8:07CV157 |
| Plaintiff, | ) ) ) | ORDER |
| V. | ) ) | |
| FIGG BRIDGE ENGINEERS, Inc., | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's Motion for an Extension of Time of 20 additional days to respond to the Defendant's Motion for Summary Judgment. The Defendant does not oppose the motion. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Motion for an Extension of Time (Filing No. 72) is granted; and

2. The Plaintiff shall respond to the Defendant's Motion for Summary Judgment by filing its brief and index of evidence, if any, on or before Tuesday, March 4, 2008.

DATED this 11th day of February, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge