IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CITY OF OMAHA, NEBRASKA, a Municipal Corporation,** | ) ) ) | CASE NO. 8:07CV157 |
| **Plaintiff,** | ) ) ) | ORDER |
| v. | ) ) | |
| **FIGG BRIDGE ENGINEERS, INC.,** | ) ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Motion for an Extension of Time in which to Reply to the Plaintiff's Opposition to the Motion for Summary Judgment. The Plaintiff does not oppose the motion. Accordingly,

IT IS ORDERED:

1. The Defendant's Motion for an Extension of Time (Filing No. 77) is granted; and

2. The Defendant shall reply to the Plaintiff's Opposition to the Defendant's Motion for Summary Judgment by filing its brief and index of evidence, if any, on or before March 21, 2008.

DATED this 6th day of March, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge