IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CITY OF OMAHA, NEBRASKA, a Municipal Corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 8:07CV157 |
| FIGG BRIDGE ENGINEERS, INC. and FIGG ENGINEERING GROUP, | ) ) ) ) | ORDER |
| Defendants. | ) | |

Upon review of the file,

**IT IS ORDERED** that the parties' Joint Stipulation (Doc. 102) is granted, as follows:

1. Plaintiff shall file its motion for summary judgment no later than October 29, 2008.

2. Discovery is stayed until the district court has ruled on all parties' motions for summary judgment.

3. If necessary, the court will schedule a planning conference after all summary judgment motions are resolved.

**DATED October 14, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**