IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CITY OF OMAHA, NEBRASKA, a Municipal Corporation, ) ) ) | CASE NO. 8:07CV157 |
| Plaintiff, ) ) | |
| ) | ORDER |
| v. ) ) | |
| FIGG BRIDGE ENGINEERS, INC., ) ) | |
| Defendant. ) | |

This matter is before the Court on the Defendant's Unopposed Motion for Extension of Time in which to respond to the Plaintiff's Motion for Summary Judgment and in which to file a reply to the Plaintiff's Opposition to the Defendant's Motion for Summary Judgment. The Plaintiff does not oppose the motion. Accordingly,

IT IS ORDERED:

1. The Defendant's Unopposed Motion for Extension of Time (Filing No. 109) is granted;

2. The Defendant shall respond to the Plaintiff's Motion for Summary Judgment (Filing No. 106) by filing its brief and index of evidence, if any, on or before December 18, 2008; and

3. The Defendant shall reply to the Plaintiff's Opposition to the Defendant's Motion for Summary Judgment by filing its brief and index of evidence, if any, on or before December 18, 2008.

DATED this 6th day of November, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge