# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CITY OF OMAHA, NEBRASKA, a Municipal Corporation,** ) ) ) | **CASE NO. 8:07CV157** |
| **Plaintiff,** ) ) | |
| ) | **ORDER** |
| v. ) ) | |
| **FIGG BRIDGE ENGINEERS, INC.,** ) ) | |
| **Defendant.** ) | |

This matter is before the Court on the Plaintiff's Unopposed Motion for Extension of Time (Filing No. 117). The Plaintiff requests additional time, until January 8, 2009, to reply to the Defendant's brief in opposition to the Plaintiff's Motion for Summary Judgment. The Defendant does not oppose the motion. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Unopposed Motion for Extension of Time (Filing No. 117) is granted; and

2. The Plaintiff shall reply to the Defendant's response by filing its brief and index of evidence, if any, on or before January 8, 2009.

DATED this 30th day of December, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge