# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CITY OF OMAHA, NEBRASKA, a Municipal Corporation, ) ) ) | CASE NO. 8:07CV157 |
| Plaintiff, ) ) | |
| ) | ORDER |
| v. ) ) | |
| FIGG BRIDGE ENGINEERS, INC., ) ) | |
| Defendant. ) | |

This matter is before the Court on the Plaintiff's Unopposed Motion for Extension of Time (Filing No. 126). The Plaintiff requests additional time, until March 6, 2009, to respond to the Defendant's Motion to Amend January 23, 2009 Order Pursuant to 28 U.S.C. § 1292(b) or, in the alternative, Motion for Final Judgment Pursuant to Fed. R. Civ. P. 54(b) (Filing No. 124). The Defendant does not oppose the motion. Accordingly,

IT IS ORDERED:

1.  The Plaintiff's Unopposed Motion for Extension of Time (Filing No. 126) is granted; and

2.  The Plaintiff shall respond to the Defendant's Motion (Filing No. 124) on or before March 6, 2009.

DATED this 17th day of February, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge