**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| CITY OF OMAHA, NEBRASKA, a Municipal Corporation, | ) ) ) | CASE NO. 8:07CV157 |
| Plaintiff, | ) ) | |
| | ) | ORDER |
| v. | ) ) | |
| FIGG BRIDGE ENGINEERS, INC., | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's second Unopposed Motion for Extension of Time (Filing No. 129).  The Plaintiff requests additional time, until March 20, 2009, to respond to the Defendant's Motion to Amend January 23, 2009, Order Pursuant to 28 U.S.C. § 1292(b) or, in the alternative, Motion for Final Judgment Pursuant to Fed. R. Civ. P. 54(b) (Filing No. 124).  The Plaintiff asserts in its motion that the Defendant's counsel has been contacted and has no objection to an enlargement of time.  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED:

1.    The Plaintiff's Unopposed Motion for Extension of Time (Filing No. 129) is granted; and

2.    The Plaintiff shall respond to the Defendant's Motion (Filing No. 124) on or before March 20, 2009.

DATED this 5th day of March, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge