UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CITY OF OMAHA, NEBRASKA, a Municipal Corporation,** | ) ) ) | **CASE NO. 8:07CV157** |
| **Plaintiff,** | ) ) | |
| v. | ) ) | **ORDER** |
| **FIGG BRIDGE ENGINEERS, INC.,** | ) ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Unopposed Motion for Order Extending Time to File Joint Stipulation for Dismissal (Filing No. 132). On March 17, 2009, upon notification of a settlement in this case, I ordered the parties to file a joint stipulation for dismissal by April 17, 2009 (Filing No. 131). The Defendant requests an extension of time, until April 30, 2009, for the parties to file a joint stipulation of dismissal and to submit a draft order to Chambers. Defendant further informs the Court that counsel for the Plaintiff has no objection to the requested relief. Accordingly,

IT IS ORDERED:

1. The Defendant's Unopposed Motion for Extension of Time (Filing 132) shall be granted; and

2. The parties' shall electronically file a joint stipulation for dismissal and submit a draft order to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov on or before April 30, 2009.

Dated this 23rd day of March, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge