## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CITY OF OMAHA, NEBRASKA, a Municipal Corporation,** | ) ) ) | **CASE NO. 8:07CV157** |
| **Plaintiff,** | ) ) | |
| v. | ) ) | **ORDER OF DISMISSAL** |
| **FIGG BRIDGE ENGINEERS, INC.,** | ) ) ) | |
| **Defendant.** | ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice. The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that it should be approved. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 134) is approved, and the relief requested therein is granted;

2. The Complaint, Amended Complaint, and all claims in this action are dismissed with prejudice; and

3. The parties shall pay their own costs and attorneys' fees.

DATED this 28th day of April, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge